UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAYDEE PABEY, as proposed administratrix of the Estate of Elba Pabey,<br><br>                    Plaintiff,<br><br>          -v.-<br><br>ISABELLA GERIATRIC CENTER, INC.,<br><br>                    Defendant. | 20 Civ. 9667 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

There is currently an initial pretrial conference scheduled for December 16, 2020, at 12:00 p.m. However, counsel for the Defendant has informed the Court that the parties anticipate filing a stipulation of discontinuance in this matter. Therefore, the Court ADJOURNS the initial pretrial conference *sine die*.

SO ORDERED.

Dated:   December 15, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge